McGREGOR W. SCOTT
United States Attorney
ROBERT J. ARTUZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00165-TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| CODY CANNON, and CANDICE FREITAS, | DATE: October 11, 2018 TIME: 9:30 a.m. COURT: Hon. Troy L. Nunley |
| Defendants. | |

**STIPULATION**

1.      By previous order, this matter was set for status on October 11, 2018.

2.      By this stipulation, defendants now move to continue the status conference until December 6, 2018, at 9:30 a.m., and to exclude time between October 11, 2018, and December 6, 2018, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form including over 2,000 pages of documents and dozens of videos and photos. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendants desire additional time to consult with their clients, to

review the current charges, to conduct investigation and research related to the charges, to review discovery for this matter, to discuss potential resolutions with his/her client, and to otherwise prepare for trial.

c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 11, 2018 to December 6, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

///

///

///

///

///

///

///

///

///

Stipulation Regarding Excludable Time
Periods Under Speedy Trial Act

1     4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3    must commence.

4         IT IS SO STIPULATED.

5

6    Dated:  October 4, 2018                    McGREGOR W. SCOTT
                                                United States Attorney

7

8                                               /s/ ROBERT J. ARTUZ
                                                ROBERT J. ARTUZ

9                                               Special Assistant U.S. Attorney

10

11   Dated:  October 4, 2018                    /s/ MICHAEL HANSEN
                                                MICHAEL HANSEN

12                                              Counsel for Defendant
                                                Cody Cannon

13

14   Dated:  October 4, 2018                    /s/ MATTHEW BOCKMON

15                                              MATTHEW BOCKMON
                                                Counsel for Defendant

16                                              Candice Freitas

17

18                          **FINDINGS AND ORDER**

19        IT IS SO FOUND AND ORDERED this 4th day of October, 2018.

20

21

22

23

24                                              Troy L. Nunley
                                                United States District Judge

25

26

27

28