McGREGOR W. SCOTT
United States Attorney
ROBERT J. ARTUZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>         v.<br><br>CODY CANNON, and<br>CANDICE FREITAS,<br><br>             Defendants. | CASE NO. 2:18-CR-00165-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: December 6, 2018<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1.      By previous order, this matter was set for status on December 6, 2018.

2.      By this stipulation, defendants now move to continue the status conference until January 24, 2019, at 9:30 a.m., and to exclude time between December 6, 2018, and January 24, 2019, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

      a)      The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form including over 2,400 pages of documents and dozens of videos and photos. For example, new discovery has been produced in the last 30 days including large spreadsheets showing loss amounts for hundreds of alleged victims. All of this discovery has been either produced directly to counsel and/or made

available for inspection and copying.

b)      Counsel for defendants desire additional time to consult with their clients, to review the current charges, to conduct investigation and research related to the charges, to review discovery for this matter, to discuss potential resolutions with his/her client, and to otherwise prepare for trial.

c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 6, 2018 to January 24, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

///

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 30, 2018                    McGREGOR W. SCOTT
                                            United States Attorney


                                            /s/ ROBERT J. ARTUZ
                                            ROBERT J. ARTUZ
                                            Special Assistant U.S. Attorney


Dated:  November 30, 2018                    /s/ MICHAEL HANSEN
                                            MICHAEL HANSEN
                                            Counsel for Defendant
                                            Cody Cannon


Dated:  November 30, 2018                    /s/ MATTHEW BOCKMON
                                            MATTHEW BOCKMON
                                            Counsel for Defendant
                                            Candice Freitas


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 3rd day of December, 2018.


                                            Troy L. Nunley
                                            United States District Judge